NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3067, -3183

LARRY M. DOW,

Petitioner,

v.

GENERAL SERVICES ADMINISTRATION,

Respondent.

Petitions for review of the Merit Systems Protection Board in SF3443020159-X-1, SF3443020159-C-2.

ON MOTION

## O R D E R

Larry M. Dow moves without opposition to consolidate his petitions for review in 2009-3067, -3183.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted. The revised official caption is reflected above.

(2)    The stay of the briefing schedule in 2009-3067 is lifted. Dow should calculate his brief due date for his opening brief from the date of service of the certified list in 2009-3183.

MAY 2 0 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Michael J. Kator, Esq.
       Meredyth Cohen Havasy, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 0 2009

JAN HORBALY
CLERK